UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SOBOBA BAND OF LUISENO INDIANS, a federally-recognized Indian Tribe, on its own behalf and on behalf of its individual Citizens,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, CALIFORNIA,<br><br>Defendant. | Case NO. SACV17-01141-JGB (SP)<br>Judge: Hon. Jesus G. Bernal<br><br>**STIPULATION TO STAY ACTION AND REQUEST TO MAINTAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

**STIPULATION TO STAY ACTION AND REQUEST TO MAINTAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

WHEREAS, the Plaintiff SOBOBA BAND OF LUISEÑO INDIANS and Defendant COUNTY OF RIVERSIDE (hereinafter "the Parties") have entered into a Settlement Agreement with an effective date of July 2, 2019 (a copy of which is attached hereto as <u>Exhibit A</u>);

WHEREAS, the Parties' Settlement Agreement provides that the Court shall retain jurisdiction to enforce the Settlement Agreement for a period of five (5) years from the date of execution of July 2, 2019;

**IT IS HEREBY STIPULATED AND REQUESTED:**

Pursuant to the terms of the Settlement Agreement, the Parties request an

1  order by the court under which the Court expressly agrees to stay this action and to
2  maintain jurisdiction to enforce its terms for a period of five (5) years running from
3  the date of execution of July 2, 2019.

4

5  Dated: July 19, 2019			Respectfully submitted,

6
					JONES & MAYER
7

8
					By: s/ James R. Touchstone
9						JAMES R. TOUCHSTONE
10						Attorneys for Defendants

11

12  Dated: July 19, 2019			Respectfully submitted,

13
					FORMAN & ASSOCIATES
14

15
					By: s/ George Forman
16						GEORGE FORMAN
						Attorneys for Plaintiff
17

18

19

20

21

22

23

24

25

26

27

28