JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SOBOBA BAND OF LUISENO INDIANS, a federally-recognized Indian Tribe, on its own behalf and on behalf of its individual Citizens,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, CALIFORNIA,<br><br>Defendant. | Case NO. EDCV17-01141-JGB (SP)<br>Judge: Hon. Jesus G. Bernal<br><br>**ORDER TO STAY ACTION AND MAINTAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

**ORDER TO STAY ACTION AND MAINTAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

The Court, having considered the Stipulation to Stay Action and Request to Retain Jurisdiction to Enforce Settlement Agreement and good cause appearing,

**IT IS HEREBY ORDERED**

1. The action by Plaintiff SOBOBA BAND OF LUISEÑO INDIANS against Defendant COUNTY OF RIVERSIDE is hereby stayed;

2. The Court shall maintain jurisdiction to enforce the terms of the Settlement Agreement for five (5) years from full execution of the Agreement which occurred on July 2, 2019.

**IT IS SO ORDERED.**

Dated: July 22, 2019

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE